MARY CARUSO v. LUIGI CARUSO.— Motion to dismiss appeal denied. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

HYMAN J. FLIEGEL, as Trustee, etc., v. JACOB NEWMARK, Impleaded with EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Motion to dismiss appeal granted so far as it affects the defendant Equitable Life Assurance Society of the United States, respondent, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

AMERICAN TRUST COMPANY v. SAMUEL BRILL and Another, Impleaded with Others.— Motion to dismiss appeal denied. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. STEPHANIE ST. CLAIR.— Motion to dismiss appeal granted. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

ÆTNA LIFE INSURANCE COMPANY OF HARTFORD, CONN., v. NATIONAL DRY DOCK & REPAIR CO., INC.— Motion to dismiss appeal denied. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

HANNAH G. HARDY v. JOHN GORDON and Another.— Application denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

LOEB BROTHERS FUR CORPORATION v. HARRY RAWITZ, Impleaded with JOSEPH LEFF.— Application denied, with ten dollars costs, and stay vacated. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

ARTCRAFT HOMES, INC., v. TANCRED V. SCHIAVONI.— Application denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

EDWARD J. MOLOUGHNER v. ELECTUS T. BACKUS.— Application denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

PEASE & ELLIMAN, INC., v. MARGARET BOWLER HOPT.— Application denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of DAN HINCKLEY ARNOLD v. CYRIL S. BUTLER, POTTER, HAMILTON & BUTLER, INC.— Application denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

LILLIE GILLESPIE v. UNITED STATES FIDELITY AND GUARANTY COMPANY.— Application denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

MARY ACCETTA, by GUISEPPE ACCETTA, Her Guardian ad Litem, and Another v. JOSEPH STUMER and Others. ANNA ACCETTA, by GUISEPPE ACCETTA, Her Guardian ad Litem, and Another v. JOSEPH STUMER and Others. ROCCO ACCETTA v. JOSEPH STUMER and Others. ROCCO ACCETTA v. JOSEPH STUMER and Others.— Application denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

MADELEINE L. STEELE v. FRANKLIN C. EDSON.— Application denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

I. MITTELMAN & CO., INC., v. SAM SCHULMAN and Another.— Application denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

JOHN R. BLAIR COMPANY, INC., v. NORTHERN REALTY COMPANY, INC., and